IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| CARY E. BERGER and K.C. CHARLES, INC., a Washington corporation, | ) ) ) ) | NO. CV-08-320-LRS |
| Plaintiffs, | ) ) ) | **ORDER RE MOTION TO DISMISS** |
| v. | ) ) | |
| COMCAST OF PENNSYLVANIA/ WASHINGTON/ WEST VIRGINIA, LP, a Colorado Limited Partnership | ) ) ) ) | |
| Defendant. | ) ) | |

For the reasons given at the telephonic hearing conducted on June 30, 2010, Defendant's Motion To Dismiss For Lack of Prosecution (Ct. Rec. 8) is **DENIED**. With the consent of counsel for Plaintiffs, however, the class claims are **STRICKEN**. The Scheduling Order filed March 17, 2009 (Ct. Rec. 6) is **VACATED** and an Amended Scheduling Order will be entered establishing new dates extending from the discovery deadline forward to bench trial.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and forward copies to counsel of record.

**DATED** this  2nd  day of July, 2010.

*s/Lonny R. Suko*
━━━━━━━━━━━━━━━━━━━━
LONNY R. SUKO
Chief United States District Judge

**ORDER RE MOTION TO DISMISS-      1**