AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

CARY E. BERGER and K.C. CHARLES, INC., a
Washington corporation,

                Plaintiffs,

                v.

COMCAST OF
PENNSYLVANIA/WASHINGTON/WEST VIRGINIA,
LP, a Colorado limited partnership corporation,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-320-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in Defendant's favor pursuant to the Memorandum of Decision filed on October 24, 2011, ECF No. 95.

| | |
|---|---|
| October 24, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |